# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORA DE JESUS OLIVERA HERNANDEZ<br><br>Plaintiff,<br><br>v.<br><br>KEVIN MCALEENAN, et al.<br><br>Defendants. | Case No.:  20cv440-LAB (JLB)<br><br>**ORDER OF DISMISSAL** |

Defendants filed a motion to dismiss for lack of jurisdiction, with a hearing date of January 19, 2021.  Plaintiff, who is represented by counsel, has filed no opposition as required by Civil Local Rule 7.1(e)(2). Under Civil Local Rule 7.1(f)(3)(c), failure to file an opposition can constitute consent to the motion's or request's being granted.  Furthermore, jurisdiction is presumed to be lacking, until the party invoking the Court's jurisdiction — here, Plaintiff — establishes it.  *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994).

The Court construes Plaintiff's non-opposition as her consent to granting of the motion. Moreover, after jurisdiction was challenged, Plaintiff did not meet her burden of establishing it.

/ / /

This action is **DISMISSED WITHOUT PREJUDICE BUT WITHOUT LEAVE TO AMEND**, for lack of subject matter jurisdiction.

**IT IS SO ORDERED**.

Dated: January 12, 2021

*Larry A. Burns*
Honorable Larry Alan Burns
Chief United States District Judge